**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 10-0162-06-CR-W-FJG |
| | ) | |
| Naricco T. Scott, | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is defendant's Motion to Suppress (Doc. No. 451).

On January 6, 2012, United States Magistrate Judge Robert E. Larsen entered a report and recommendation which recommended denying defendant's motion to suppress. On January 20, 2012, defendant filed objections to the Report and Recommendation.

The Court, after independent review of the record and applicable law, adopts and incorporates by reference herein, the magistrate's findings and conclusions. Therefore, the Court finds that defendant's motion to suppress (Doc. No. 451) will be **DENIED.**

                                                          /s/Fernando J. Gaitan, Jr.
                                                          Fernando J. Gaitan, Jr.
                                                          Chief United States District Judge

Dated: February 6, 2012
Kansas City, Missouri